Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HSIN CHIEN,<br>Defendant. | No. 2:26-cr-00123-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

THIS MATTER having come before the Court upon the unopposed motion of Defendant Hsin Chien to allow a substitution of counsel, and the Court being fully advised, NOW THEREFORE,

IT IS ORDERED that the motion (Dkt. 77) is GRANTED. Lance M. Hester and the Hester Law Group, Inc., P.S., shall be allowed to withdraw and Robert Flennaugh shall be substituted as counsel for Defendant Hsin Chien.

DATED this 7th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge